UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2017 JUN 15 A 11: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHRISTINA AWBREY AND MARK AWBREY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC., )<br>)<br>Defendant. ) | Pending in the Circuit Court of Randolph County, Alabama with Civil Action No. CV17-900033<br>CASE NO.: 3:17-cv-390 |

## NOTICE OF REMOVAL

COMES NOW the defendant, Progressive Specialty Insurance Company, Inc., and hereby removes the above styled action from the Circuit Court of Randolph County, Alabama pending as Civil Action Number: CV-2017-900033, to this United States District Court for the Middle District of Alabama, Eastern Division by stating as follows:

**I.    Summary of Plaintiffs' Complaint:**

1.    The Plaintiffs commenced this action on May 15, 2017, by filing their Complaint in the Circuit Court of Randolph County, Alabama pending as Civil Action Number: CV-2017-900033.

2. This case concerns a Seadoo accident and an unidentified boat on Lake Wedowee in Randolph County, Alabama. The Plaintiffs were occupying the Seadoo. The identity of the owner, operator, or occupants of the other boat is unknown.

3. The Complaint asserts a claim for uninsured benefits against Progressive.

4. According to the Complaint, Plaintiff Christina Awbrey has incurred medical expenses in excess of $125,000.00. (*See* COMPLAINT attached hereto as Exhibit "A"). Plaintiff Christina Awbrey is claiming physical and psychological injuries, which she claims are permanent.

5. Plaintiff Mark Awbrey is making a loss of consortium claim against Progressive.

6. According to the Plaintiffs' Complaint, Progressive insures the Plaintiffs with a policy of insurance that contains uninsured boater coverage in the amount of $100,000.00. (*See* COMPLAINT attached hereto as Exhibit "A").

7. According to the Complaint, Plaintiffs have demanded the limits of liability under Progressive's policy. (*See* COMPLAINT attached hereto as Exhibit "A").

8. According to the Complaint, Plaintiffs allege their injuries and damages far exceed the limits of liability pursuant to the terms of the policy for

uninsured boater coverage. (*See* COMPLAINT attached hereto as Exhibit "A").

## II. The Defendant's Removal is based on Diversity Jurisdiction:

9.   "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. 1332(a)(1); *see also Collins v. Novartis Pharms. Corp.*, 2015 U.S. Dist. LEXIS 6130, 3-4 (M.D. Ala. Jan. 14, 2015).

10.   This Court has jurisdiction over the claims asserted in this matter under 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

### a.   Complete Diversity Exists:

11.   Diversity jurisdiction requires that the plaintiff be a citizen of a state different from that of any of the defendants. *Bel-Bel Int'l Corp. v. Community Bank*, 162 F.3d 1101, 1106 (11th Cir. 1998). For purposes of diversity jurisdiction, a corporation is "a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." *Id*; *see also Dyer v. Wal-Mart Stores, Inc.*, 535 Fed. Appx. 839, 841 (11th Cir. 2013)(*discussing* 28 U.S.C. § 1332(c)(1)).

12. The Plaintiffs were residents of the State of Alabama at the time the Complaint was filed and the time of the accident. (*See* COMPLAINT attached hereto as Exhibit "A").

13. Progressive Specialty Insurance Company is a foreign corporation organized under the laws of the State of Ohio, with its principle place of business in Ohio, specifically at 6300 Wilson Mills Road, Mayfield Village, Ohio 44143.

14. Progressive is not organized under the laws of the State of Alabama and does not have its principle place of business in Alabama.

15. Progressive is not now and was not at the institution of this civil action a resident or citizen of the State of Alabama.

16. Therefore, complete diversity exists because the Plaintiffs are residents of Alabama and the only Defendant, Progressive, is organized under the laws of the State of Ohio and has its principle place of business in Ohio.

**b.    The Amount in Controversy exceeds $75,000.00:**

17. The Complaint seeks damages in excess of Progressive's policy limits. (*See* COMPLAINT attached hereto as Exhibit "A").

18. The Complaint seeks damages in excess of $100,000.00.

19. Therefore, this case is removable and this Court has jurisdiction over the claims asserted in this matter under 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because there is complete diversity between the parties and the amount in

controversy exceeds $75,000.00 based on documents received from the Plaintiffs.

### III. The Removal is Timely:

20. The Defendant timely files this Notice of Removal pursuant to 28 U.S.C. 1446(b)(1) which requires an action be removed "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

21. Plaintiffs filed his Complaint on May 15, 2017.

22. Plaintiffs served Progressive with a copy the Summons and Complaint on May 18, 2017.

23. This action is being removed within 30 days of Defendant's receipt of Plaintiffs' Complaint.

### IV. Removal is Perfected and Proper Notice Provided:

24. The United States District Court for the Middle District of Alabama, Eastern Division encompasses the geographic area of the Circuit Court of Randolph County, Alabama.

25. Copies of all process and pleadings served upon the Defendant in the state court, including the Case Action Summary from the State Judicial Information System web site Alacourt.com are attached hereto as Exhibit "B".

26. The Defendant provides prompt notice of its filing this Notice of Removal to all parties and to the Circuit Court of Randolph County, Alabama, by filing a Notice of Filing Notice of Removal, attached hereto as Exhibit "C", together with a copy of this Notice of Removal, in the Circuit Court of Randolph County, Alabama, and by serving same on all parties as provided in 28 U.S.C. § 1446(d).

27. As set forth above, diversity of citizenship exists between the proper parties in this action, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, pursuant to 28 U.S.C. §§ 1332 and 1446, the action is removed to this Court.

28. If any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this action is duly removable.

WHEREFORE, PREMISES CONSIDERED, Progressive Specialty Insurance Company, respectfully requests this Court to enter an order effecting the removal of this action from the Circuit Court of Randolph County, Alabama, to this Court and make such other orders as may be appropriate to effect the

preparation and filing of a true record in this cause of all proceedings that may have been had in said Circuit Court.

### IF NECESSARY, ORAL ARGUMENT REQUESTED

DATED this the 14th day of June 2017.

Respectfully Submitted,

_____
PAUL A. MILLER (MIL011)

_____
PATRICK W. FRANKLIN (FRA051)
*Attorneys for Defendant*

**OF COUNSEL:**
Miller, Christie & Kinney, P.C.
Naphcare Building
2090 Columbiana Road, Suite 3400
Vestavia Hills, Alabama 35216
(205) 326-0000 | (205) 323-2945 *fax*
pmiller@mck-law.com
pfranklin@mck-law.com

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing document by E-Filing on this the 14th day of June, 2017, to-wit:

cc:  John A. Tinney, Esq.
     739 Main Street
     Post Office Box 1430
     Roanoke, Alabama 36274

_____
PATRICK W. FRANKLIN
OF COUNSEL