IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA AWBREY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 3:17-cv-390-SRW |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the court on the parties' joint motion to dismiss this cause with prejudice, with each party to bear its own costs. *See* Doc. 22. Upon consideration, and for good cause shown, it is hereby

ORDERED that the joint motion to dismiss is GRANTED. It is further

ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE and that costs are taxed as paid.

This case is closed.

Done, on this the 10th day of May, 2018.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge